Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
Jame P. Mascaro (State Bar No. 209773)
jmascaro@mascarolaw.com
Mascaro Law, A Professional Corporation
3419 E. Chapman Ave., Suite 492
Orange, CA 92869
Tel: 714-997-0700
Fax: 888-491-2961

FOR COURT USE ONLY

*Attorney for Plaintiff* Manheim Automotive Financial Services, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
Donald E. Howard and Irene R. Howard

CHAPTER 7

CASE NUMBER 11-bk-11080-ES

Debtor.

ADVERSARY NUMBER 8:11-01206 ES

Manheim Automotive Financial Services, Inc., a Delaware corporation

Plaintiff(s).

*(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*

vs.
Donald E. Howard and Irene R. Howard

Defendant(s).

### SUMMONS AND NOTICE OF STATUS CONFERENCE

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __JUN 10 2011__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

Hearing Date: __JUL 21 2011__  Time: 9:30 A.M.  Courtroom: 5A  Floor: 5

- [ ] 255 East Temple Street, Los Angeles
- [x] 411 West Fourth Street, Santa Ana
- [ ] 21041 Burbank Boulevard, Woodland Hills
- [ ] 1415 State Street, Santa Barbara
- [ ] 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __MAY 11 2011__

KATHLEEN J. CAMPBELL
Clerk of Court

By: _Tini Duarte_
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 7004-1

*February 2010 (COA-SA)*